UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LARRY WINFREY, ) | |
|     Plaintiff, ) | |
| vs. ) | Case No. 6:14-cv-1034 |
| HARTFORD LIFE AND ACCIDENT ) INSURANCE COMPANY and GROUP ) LONG TERM DISABILITY PLAN FOR ) EMPLOYEES OF SPIRIT AEROSYSTEMS, ) INC. ) | **Removed from the District Court for the 18th Judicial District Court Sedgwick County, Kansas State Court Case No.: 13CV3863** |
|     Defendants. ) | |

## NOTICE OF REMOVAL

**COMES NOW** Defendant, Hartford Life and Accident Insurance Company ("Hartford"), by and through counsel, and hereby gives notice that it has removed the above-entitled case from the 18th Judicial District Court, Sedgwick County, Kansas to the United States District Court for the District of Kansas. As grounds for this removal Hartford states as follows:

1. The removed case is a civil action filed on or about December 30, 2013 by Plaintiff, Larry Winfrey ("Plaintiff"), in the District Court of Sedgwick County, Kansas which lies within the United States District Court for the District of Kansas.

2. Hartford received the Summons and Petition in the state court action via certified mail on January 6, 2014. This notice is therefore timely under 28 U.S.C. § 1446(b).

3. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Hartford and a complete copy of the state court file in the removed case is attached as **Exhibit A**. No further proceedings or process have been effected upon Hartford.

4. Defendant Group Long Term Disability Plan For Employees Of Spirit Aerosystems, Inc. (the "Plan") consents to this removal and a copy of its written consent is attached as **Exhibit B**.

5. Plaintiff claims to be entitled to payment from Defendants of benefits allegedly due under "an employee benefit plan pursuant to . . . ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B)." Petition at ¶1.

6. Specifically, Plaintiff alleges that the Plan "is an employee welfare benefit plan as defined by ERISA[,]" Petition at ¶4, that the Plan may be sued under ERISA, Petition at ¶7, that Harford "is a fiduciary with respect to the Plan," Petition at ¶ 5, and that Hartford's denial of long term disability benefits under the Plan "was wrong, arbitrary, capricious, and not supported by substantial evidence." Petition at ¶25.

7. Plaintiff alleges that he is a participant in the Plan, Petition at ¶6, and he exhausted all administrative remedies prior to bringing suit, Petition at ¶26, and he seeks to recover allegedly past due disability benefits, costs and attorney's fees "pursuant to ERISA §502(a)." Petition at p. 2 (prayer for relief).

8. ERISA provides the exclusive federal remedy for resolution of claims by employee benefit plan participants to recover benefits from such plans or damages under 29 U.S.C. §§ 1001 et seq. ERISA §§ 502(a)(1)(B) and 514, 29 U.S.C. §§ 1132(a)(1)(B) and 1144 and, in fact, completely preempts any state law claims that otherwise might be encompassed by Plaintiff's Petition.

9. Plaintiff concedes that jurisdiction over this matter is governed by 29 U.S.C. § 1132(e)(1). *See* Petition at ¶ 8. This Court therefore has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e), and the case is removable

to federal court under 28 U.S.C. §§ 1331, 1441(a), and 1446, as an action arising under federal law. *See, e.g., Aetna Health Inc. v. Davila*, 542 U.S. 200, 208-09 (2004); *Metropolitan Life Insurance Co. v. Taylor*, 481 U.S. 58 (1987).

10. Said cause is not an action described in 28 U.S.C. § 1445.

11. Written notice of the filing of this Notice of Removal will be given to Plaintiff's counsel as required by law.

12. A true and correct copy of this notice of removal will be filed with the District Court of Sedgwick County, Kansas, as required by law.

### DESIGNATION OF TRIAL LOCATION

Defendant Hartford Life And Accident Insurance Company respectfully requests that the trial of this action be held in Kansas City, Kansas.

WHEREFORE Defendant, Hartford Life and Accident Insurance Company, hereby gives notice that the above action initiated in the 18th Judicial District Court, Sedgwick County, Kansas, is hereby removed to the United States District Court for the District of Kansas for the reasons stated above.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: /s/ *Dione C. Greene*
Dione C. Greene            #23010
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (facsimile)
dgreene@armstrongteasdale.com

3

                                          Patrick J. Kenny                  #18414
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105-1847
314.621.5070
314.621.5065 (fax)
pkenny@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that on Friday, January 24, 2014, a true and accurate copy of the above and foregoing was e-filed with the Court using the CM/ECF system which sent notification to all parties entitled to service.

                                          /s/  *Dione C. Greene*