AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

LARRY WINFREY,

                                                         JUDGMENT IN A CIVIL CASE

                   Plaintiff,
     V.

                                                      CASE NUMBER: 14-1034-EFM

HARTFORD LIFE and ACCIDENT INSURANCE
COMPANY, et al.,

                             Defendants

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on August 28, 2015 (Doc. 73) it is ordered that Defendants Motion for Summary Judgment (Doc. 43) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs Motion for Summary Judgment (Doc. 52) is DENIED.

The case is dismissed.

8/28/2015                                                               TIMOTHY M. O'BRIEN
*Date*                                                                 *Clerk*

                                                                             /s Cindy McKee
                                                                          *(By) Deputy Clerk*