**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 16, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| LARRY WINFREY,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF SPIRIT AEROSYSTEMS, INC.,<br><br>    Defendants - Appellees. | No. 15-3217<br>(D.C. No. 6:14-CV-01034-EFM-JPO) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk